# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
HOUSER, SHARON GILBERT § Case No. 11-08396 KRM
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANGELA WELCH ESPOSITO, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-08396 KRM  Judge: K. RODNEY MAY | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | HOUSER, SHARON GILBERT | Date Filed (f) or Converted (c): | 04/29/11 (f) |
| | | 341(a) Meeting Date: | 06/03/11 |
| For Period Ending: 06/20/13 | | Claims Bar Date: | 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5320 Cherry Ave. Seffner, FL 33584. Husband's Home | 22,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1939 Forbes Rd, Plant City, FL 33566 Debtor's Home | 79,215.00 | 0.00 | OA | 0.00 | FA |
| 3. 5318 Plum Av., Seffner, FL 33584 | 23,627.00 | 0.00 | | 0.00 | FA |
| 4. $5 Cash | 5.00 | 0.00 | | 0.00 | FA |
| $5 Cash | | | | | |
| 5. Grow Financial - Checking | 45.00 | 0.00 | | 0.00 | FA |
| Grow Financial - Checking | | | | | |
| 6. All used: Sofa, Love Seat, 2 Lamps, 4 Chair, 1 Din | 300.00 | 0.00 | | 0.00 | FA |
| All used: Sofa, Love Seat, 2 Lamps, 4 Chair, 1 Dinner Table, 1 China Cabinet, Bedroom set; 2 bed side tables, 2 lamps,1 bed in bedroom2 Dressers, in Bedroom 3: Bed, coomputer desk, Washer and Drier (over 5 years old); | | | | | |
| 7. 20 sets, including pants, skirts and dresses | 60.00 | 0.00 | | 0.00 | FA |
| 20 sets, including pants, skirts and dresses | | | | | |
| 8. 3 gold Rings; 1 gold necklace | 200.00 | 0.00 | | 0.00 | FA |
| 3 gold Rings; 1 gold necklace | | | | | |
| 9. 403(b) from work | 37,000.00 | 0.00 | | 0.00 | FA |
| 403(b) from work | | | | | |
| 10. 2006 Chrysler Pacifica Limited Minivan. 4d. 110K m | 9,100.00 | 0.00 | OA | 0.00 | FA |
| 2006 Chrysler Pacifica Limited Minivan. 4d. 110K miles. (KBB Fair. Private Party Value) | | | | | |
| 11. 1 computer (5 y/o); | 10.00 | 0.00 | | 0.00 | FA |
| 1 computer (5 y/o); | | | | | |
| 12. 1 Dog | 5.00 | 0.00 | | 0.00 | FA |
| 1 Dog | | | | | |
| 13. CONTINGENT CLAIMS  2011 tax (u) | 0.00 | 724.70 | | 724.70 | FA |
| 2011 tax refund-119/365=32.60% | | | | | |
| 14. CONTINGENT CLAIMS  FDC FIA (u) | 0.00 | 0.00 | | 0.00 | FA |
| FDC  Lash BOA | | | | | |

TOTALS (Excluding Unknown Values)     $171,567.00     $724.70     $724.70

Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded.  Issues:  taxes and FDC Lash
July 26, 2011, 12:46 pm -letter sent for taxes 119/365=32.60%
Sept 7, 2011-emialed LASH for update
November 10, 2011, 04:33 pm -dec/app and order to employ LASH-6YUUQCVJIF
December 21, 2011, 11:45 am end of year case review; sent ltr for taxes.
-2/29/12 rec'd return  724.70 due
-3/4/12 rec'd tax $, just FDC yet   (note d due back 3626.35 in tax money exempt - ck to d when

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 11-08396　KRM　Judge: K. RODNEY MAY | Trustee Name:　ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: HOUSER, SHARON GILBERT | Date Filed (f) or Converted (c):　04/29/11 (f) |
| | 341(a) Meeting Date:　06/03/11 |
| | Claims Bar Date:　09/30/11 |

deposit clears)

-3/22/12 sent debtors exemptions back to d.　Just FDC yet

-3/25/12 rev case w/ atty, FDC still pending

-8/14/12 FDC working on

January 21, 2013, 02:45 pm Emailing Lash for status

February 07, 2013, 11:00 am Per Lash, active in complaint drafting process

-3/21/13 rev correspondence w/ FIA

April 10, 2013, 05:57 pm NOT OF ABANDONMENT

-5/16/13 email from atty Lash office, FIA not viable

-5/16/13 ALL $ IN

June 19, 2013, 01:02 pm Final claims review, expenses in, ready to close

June 20, 2013, 01:15 pm TFR

Initial Projected Date of Final Report (TFR): 12/31/13　　Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-08396 -KRM | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | HOUSER, SHARON GILBERT | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2309  Checking Account |
| Taxpayer ID No: | *******2803 | | |
| For Period Ending: | 06/20/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/12 | 13 | Houser | pymt | 1224-000 | 4,351.05 | | 4,351.05 |
| 03/22/12 | 003001 | Sharon Houser<br>1939 S Forbes Rd<br>Plant City, Fl  33566 | Portion of tax refund exempted | 8100-002 | | 3,626.35 | 724.70 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 7.37 | 717.33 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 4,351.05 | 3,633.72 | 717.33 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 4,351.05 | 3,633.72 | |
| Less:  Payments to Debtors | | | 3,626.35 | |
| Net | | 4,351.05 | 7.37 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2309 | 4,351.05 | 7.37 | 717.33 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,351.05 | 7.37 | 717.33 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          4,351.05          3,633.72

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 20, 2013 |

Case Number:   11-08396                     Claim Class Sequence
Debtor Name:   HOUSER, SHARON GILBERT

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 70 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,516.80 | $0.00 | $8,516.80 |
| 000002 070 70 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $4,785.68 | $0.00 | $4,785.68 |
| 000003 070 70 | Asset Acceptance LLC / Assignee /<br>Lane Bryant Reta<br>Po Box 2036<br>Warren MI 48090 | Unsecured | | $902.81 | $0.00 | $902.81 |
| 000004 070 70 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $11,046.15 | $0.00 | $11,046.15 |
| 000005 070 70 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $538.42 | $0.00 | $538.42 |
| 000006 070 70 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $12,009.46 | $0.00 | $12,009.46 |
| 000007 070 70 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,331.22 | $0.00 | $1,331.22 |
| 000008 072 72 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $3,579.89 | $0.00 | $3,579.89 |
| | Case Totals: | | | $42,710.43 | $0.00 | $42,710.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                   Exhibit D

Case No.: 11-08396 KRM
Case Name: HOUSER, SHARON GILBERT
Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE

      Balance on hand                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses       $_____

    Remaining Balance                                      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $ | $ | $ |
| 000003 | Asset Acceptance LLC / Assignee / Lane Bryant Reta<br>Po Box 2036<br>Warren MI 48090 | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000005 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $ | $ | $ |
| 000006 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE